B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>iGPS Company LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-4496297 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>225 E. Robinson Street, Suite 200<br>Orlando, FL                               ZIP CODE 32801 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>iGPS Company LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                  _____
                                  (Name of landlord that obtained judgment)

                                  _____
                                  (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>iGPS Company LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Jeffrey M. Schlerf
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
Jeffrey M. Schlerf (No. 3047)

Firm Name:
John K. Cunningham          Jeffrey M. Schlerf (No. 3047)
Kevin M. McGill             John H. Strock (No. 4965)
Fan B. He                   L. John Bird (No. 5310)
WHITE & CASE LLP            FOX ROTHSCHILD LLP
Southeast Financial Center  919 North Market Street

Address:
200 S. Biscayne Blvd., Suite 4900    Suite 1600
Miami, FL 33131                       Wilmington, DE 19801
Phone: (305) 358-5744                 Phone: (302) 654-7444
                                      Fax: (302) 656-6395

Telephone Number: (305) 358-5744

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual

Printed Name of Authorized Individual
Walter Myers

Title of Authorized Individual
Vice President of Finance

Date  6/4/13

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## MINUTES OF A TELEPHONIC MEETING OF
## THE BOARD OF DIRECTORS OF
## IGPS COMPANY LLC
## 225 E. ROBINSON STREET, SUITE 200
## ORLANDO, FLORIDA
## TUESDAY, JUNE 4, 2013
## 8:30 A.M.

On Tuesday, June 4, 2013 at 8:30 a.m., a telephonic meeting of the Board of Managers (the "Board") of iGPS Company LLC, a Delaware limited liability company (the "Company"), was held, pursuant to the required notice under the Company's Operating Agreement.

**Board Members Present:**

Steve Marton
Philip Berney
Greg Gish
Dick DiStasio
Chris Collins

**Board Members Not Present:**

Steve Dutton
Joe Montana

**Others Present:**

Gary Glass (iGPS)
Walter Myers (iGPS)
Andrew Cooper (Pegasus Capital Advisors)
Jim Connors (Kelso & Company)
Brett Lowrey (Houlihan Lokey Capital, Inc.)
Shaun Martin (Winter Harbor LLC)
Eric Glassman (Winter Harbor LLC)
Barak Tulin (Winter Harbor LLC)
John Cunningham (White & Case LLP)
Richard Kebrdle (White & Case LLP)

### Meeting Called to Order

Mr. DiStasio called the meeting to order at 8:30 a.m. and a quorum was present. Mr. Gary Glass was appointed as the Secretary of the meeting. Mssrs. Cooper and Connors were acting as representatives of the Required Members (as defined in the Company's Operating Agreement) also attended the meeting. In addition to discussion of several pending matters, the following resolutions were unanimously approved by the members of the Board present and by the Required Members.

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Managers of the Company, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that the Company file a petition seeking relief under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the foregoing chapter 11 petition is approved in all respects, and that each of the Officers (as defined in the Operating Agreement) of the Company (the "Authorized Persons") be, and they hereby are, authorized, empowered and directed, on behalf of the Company, to execute the petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware or such other District and at such time as the Authorized Persons executing said petition shall determine; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized, empowered and directed to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the chapter 11 case, and in connection therewith for the Authorized Persons to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the chapter 11 case; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the Company, the law firm of White & Case LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 proceedings; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the Company the law firm of Fox Rothschild LLP or such other law firm as the Authorized Persons shall determine, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 proceedings; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the Company, other attorneys, financial advisors, communications and public relations consultants, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case, upon such terms and conditions as the Authorized Persons shall approve, to assist the Company in connection with the chapter 11 proceedings on such terms as are deemed necessary, proper and desirable; and it is further

RESOLVED, that Shaun Martin of Winter Harbor LLC be, and hereby is, appointed as Chief Restructuring Officer of the Company ("Chief Restructuring Officer"), upon such terms and conditions as the Authorized Persons shall approve, to take all actions deemed necessary, proper or desirable in the exercise of Mr. Martin's business judgment to maximize the value of the Company's assets and recoveries to creditors and stakeholders including, without limitation, to (i) oversee the chapter 11 proceedings, (ii) negotiate with the Company's creditors and other parties in interest, (iii) negotiate, enter into and execute any agreements on behalf of the Company, including a chapter 11 plan, (iv) direct professional persons retained by the Company in the prosecution of the chapter 11 proceedings and any causes of action of the Company, (v) retain, hire or terminate employees, professional persons and/or consultants of the Company, and (vi) seek any and all relief from the Bankruptcy Court in the prosecution of the chapter 11 proceedings; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of the Company, to negotiate, execute and deliver a debtor in possession loan facility or other form of credit support or enhancement (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including the granting of liens, security interests and superpriority chapter 11 administrative claims and the guaranteeing of affiliate obligations), such

determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Company and/or file such pleadings as may be necessary to make sure debtor-in-possession facility or other form of credit support or enhancement binding and effective with the Bankruptcy Court in respect thereof; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered on behalf of the Company, to negotiate, execute and deliver that certain Asset Purchase Agreement dated June 4, 2013 with iGPS Logistics LLC on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, to facilitate on behalf of the Company, the a sale of all or substantially all of its assets and/or file such pleadings as may be necessary to make the sale binding and effective with the Bankruptcy Court in respect thereof; and it is further

RESOLVED, that the Authorized Persons be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

There being no further business, the meeting was adjourned at approximately 9:05 a.m. local time.

Respectfully submitted,

*[signature]*
Gary B. Glass, General Counsel & Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13- |
| Debtor. | ) |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, iGPS Company LLC (the "Debtor") hereby states that the following corporations directly or indirectly own ten percent (10%) or more of any class of the equity interests in the Debtor:

*Preferred Units*

| Owner | Percentage Owned |
|---|---|
| Pegasus IGPS LLC | 12.55% |
| iGPS Co-Investment LLC | 18.75% |
| KIA VIII (iGPS Sub), LLC | 30.74% |
| KIA VIII iGPS Blocker, LLC | 12.27% |

I, the undersigned authorized officer of the Debtor in this chapter 11 case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: 6/4, 2013

Name: Walter Myers
Title: Vice President of Finance

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200 Orlando, Florida.

## United States Bankruptcy Court
District of Delaware

In re    iGPS Company LLC                                    Case No.   13-
                          Debtor                             Chapter    11

### LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is a list of creditors holding the 30 largest unsecured claims against the above-captioned debtor (the "Debtor"). The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency claim places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding upon, the Debtor.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 1. | Schoeller Arca Sys Inc. | 5202 Old Orchard Rd. Suite 110<br>Skokie, IL 60077<br>Tel. 847-581-1104<br>Fax: 847-581-1170 | Trade Debt | | $5,478,789 |
| 2. | Ryder Integrated Logistics | 13599 Park Vista Blvd.<br>Fort Worth, TX 76177<br>Tel. 817-490-6558 | Trade Debt | | $4,739,552 |
| 3. | Belacon Pallet Services | 225 E Robinson St. Suite 545<br>Orlando, FL 32801<br>Tel.: 407.792.0123 | Trade Debt | | $4,324,594 |
| 4. | Akin Gump Strauss Hauer & Feld | Dept. 7247-6838<br>Philadelphia, PA 19170<br>Tel. 215-965-1200 | Professional Fees | | $976,386 |
| 5 | International Appraisal Company | 110 Pleasant Avenue<br>Upper Saddle River, NJ 07458<br>Tel.: 201-934-7000 | Professional Fees | | $403,820 |
| 6. | Wal-Mart Stores Inc. | 1301 SE 10th Street<br>Bentonville, AR 72716<br>Tel. 479-273-4000 | Trade Debt | | $371,429 |
| 7. | Growth Squared Consulting LLC | 1001 Connecticut Avenue, Nw<br>Suite 620<br>Washington, District Of Columbia 20036 | Advertising | | $327,634 |
| 8. | Perkins Coie | 1201 Third Ave Suite 4800<br>Seattle, WA 98101<br>Tel. 206-359-8000 | Professional Fees | | $286,090 |
| 9. | Arnold & Porter LLP | P.O. Box 37116<br>Baltimore, MD 21297 | Professional Fees | | $282,659 |
| 10. | MWW Group Inc. | P.O. Box 5483<br>New York, NY 10087<br>212-704-9727 | Professional Fees | | $270,344 |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Fastenal Company | P.O. Box 1286<br>Winona, MN 55987 | Manufacturing Supplier | | $227,696 |
| 12. | Costco | 999 Lake Drive<br>Issaquah, WA 98027<br>425-313-8203 | Trade Debt | | $101,946 |
| 13. | Advantage Sales & Marketing | P.O. Box 31001-1691<br>Department 100<br>Pasadena, CA 91110 | Professional Fees | | $99,520 |
| 14. | Texas State Comptroller | P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | Sales/Other Taxes | | $93,000 |
| 15. | Burns Group | 417 W 22nd Street, Suite 1<br>New York, NY 10011 | Advertising | | $79,914 |
| 16. | Microsoft Licensing GP | 1950 N Stemmons Freeway, Suite 5010<br>LB#842467<br>Dallas, TX 75207-3134<br>Tel. 775-823-5600 | Licenses | | $73,362 |
| 17. | BB&T – J Rolfe Davis | P.O. Box 890635<br>Charlotte, NC 28289 | Insurance | | $70,514 |
| 18. | Debevoise & Plimpton LLP | 919 Third Avenue<br>New York, NY 10022 | Professional Fees | | $59,900 |
| 19. | IFCO Systems | P.O. Box 849729<br>Dallas, TX 75284 | Trade Debt | | $58,493 |
| 20. | Venture Research Inc. | 3001 Summit Avenue<br>Plano, TX 75074<br>Tel. 469-246-4000 | Trade Debt | | $53,010 |
| 21. | epc Solutions | 10510 Beach Mill Rd Bldg. B, Ste. 100<br>Great Falls, VA 22066-3209<br>Tel. 703-757-4470 | Trade Debt | | $44,984 |
| 22. | Rehrig Pacific Company | P.O. Box 514457<br>Los Angeles, CA 90051<br>Tel. 323-262-5145 | Trade Debt | | $40,399 |
| 23. | E Allora LLC | 220 Walnut Lane NW<br>Vienna, VA 22180<br>Tel. 703-255-3860 | Professional Fees | | $37,863 |
| 24. | Save-A-Lot Ltd. | P.O. Box 958844<br>Saint Louis, MO 63195 | Trade Debt | | $36,574 |
| 25. | APS & Sons Trucking | 24 Grove St<br>South Hackensack, NJ 07606<br>Tel. 201-440-0277 | Trade Debt | | $34,204 |
| 26. | Phil Prain Consulting | 3323 East Fremont Road<br>Phoenix, AZ 85043 | Professional Fees | | $30,289 |

| 27. | Grantek Systems Integration | 1651 North Cedar Crest Boulevard, Suite 205 Allentown, PA 18104 Tel. 610-395-6831 | Professional Fees | | $29,985 |
|---|---|---|---|---|---|
| 28. | Dickinson Wright | 200 Ottawa Avenue, NW, Ste. 1000 Grand Rapids, MI 49503 | Professional Fees | | $27,632 |
| 29. | Hall Stonebriar Three Associates Ltd | 6801 Gaylord Pkwy Ste 100 Frisco, TX 75034-8557 | Trade Debt | | $24,407 |
| 30. | The Corr Group | P.O. Box 1479 Woonsocket, RI 02895 Tel.: 401-671-6543 | Trade Debt | | $21,834 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| iGPS COMPANY LLC,[1] | ) Case No. 13- |
| | ) |
| Debtor. | ) |

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of the above-captioned debtor in this chapter 11 case (the "Debtor"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: 6/4, 2013

Signature: _____
Name: Walter Myers
Title: Vice President of Finance

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200 Orlando, Florida.

MIAMI 942102 (2K)