IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iGPS COMPANY LLC,[1] | ) | Case No. 13-11459 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b), §1109(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for Crystal Financial LLC (hereinafter "Crystal"), a party-in-interest in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of Crystal, hereby requests that all documents filed with Bankruptcy Court in the above-captioned case and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

>Donald E. Rothman, Esq.
>Steven E. Fox, Esq.
>RIEMER & BRAUNSTEIN LLP
>Times Square Tower
>Seven Times Square, Suite 2506
>New York, NY 10036
>Tel:    212-789-3100
>Fax:    212-719-0140
>Email:  drothman@riemerlaw.com
>        sfox@riemerlaw.com

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is iGPS Company LLC (6297).

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

Dated:  New York, New York
         June 5, 2013

                                                              Respectfully Submitted,

                                                              **RIEMER & BRAUNSTEIN, LLP**

                                                              By:  */s/ Steven E. Fox*_____
                                                                      Donald E. Rothman
                                                                      Steven E. Fox
                                                                      Times Square Tower
                                                                      Seven Times Square, Suite 2506
                                                                      New York, NY 10036
                                                                      (212) 789-3100

*Attorneys for Crystal Financial LLC*

1567511.1