# EXHIBIT A2

Case 13-11459-KG    Doc 17-3    Filed 06/05/13    Page 1 of 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (    ) |
| Debtor. | ) |
| | ) Re: Docket Nos. ___ |

## NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF iGPS COMPANY LLC FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND SCHEDULING FINAL SALE HEARING RELATED THERETO

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 4, 2013, iGPS Company LLC (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On June 5, 2013, the Debtor filed a motion with the Bankruptcy Court (the "Sale Motion") seeking, among other things, (a) authority to sell substantially all of the assets of the Debtor free and clear of all liens, claims, interests and encumbrances (the "Sale"); (b) approval of certain procedures (the "Bid Procedures") for the solicitation of bids with respect to the Sale (the "Bid Procedures Relief"); (c) approval of certain procedures (the "Assignment Procedures") in connection with the identification and assumption of certain contracts and intellectual property rights in connection with the Sale; and (d) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale (the "Sale Hearing").

2. iGPS Company LLC, as seller (the "Seller"), and iGPS Logistics LLC, as buyer (the "Purchaser"), have entered into that certain Asset Purchase Agreement (including all exhibits, schedules and ancillary agreements related thereto, the "Agreement"), which contemplates the sale of substantially all of the Seller's assets (defined as the "Purchased Assets" in Section 2.1 of the Agreement) to the Purchaser, subject to higher and better offers made pursuant to the Bid Procedures.

3. A hearing on the Bid Procedures Relief was held before the Bankruptcy Court on [_____, 2013], at which time the Bankruptcy Court entered an order, among other things, approving the Bid Procedures Relief [Docket No. ___] (the "Bid Procedures Order").

4. A copy of the Bid Procedures Order and the Agreement (attached to the Bid Procedures Order as Exhibit "1") are attached hereto as Annex "1". The Bid Procedures

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

Order establishes the Bid Procedures that govern the manner in which the Purchased Assets are to be sold. All bids must comply with the Bid Procedures and be submitted so as to be received not later than [_____, 2013].

5. Pursuant to the Bid Procedures, each Qualified Bidder (as defined in the Bid Procedures) shall be invited to participate in an auction (the "Auction") at the office of Seller's counsel, White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, 33131 which Auction must be attended in person and which shall commence at [\_\_:\_\_ \_\_.m. (Eastern Time) on _____, 2013].

6. The Sale Hearing currently is scheduled to be conducted on [_____, 2013 at \_\_:\_\_ \_\_.m.] (Eastern Time) at the United States Bankruptcy Court for the District of Delaware, 844 King Street, Wilmington, Delaware 19801, before the Honorable [_____], United States Bankruptcy Judge, to consider the approval of the Agreement or any higher and better offer by a Qualified Bidder (the "Successful Bidder"). If the Purchaser is the Successful Bidder, the Debtor anticipates seeking entry of an order approving the Sale substantially in the form of the order attached to the Sale Motion as Exhibit B (the "Sale Order"). The Sale Hearing may be adjourned or rescheduled from time to time without further notice other than an announcement by the Debtor in the Bankruptcy Court of such adjournment on the date scheduled for the Sale Hearing.

7. A copy of the Agreement and the Sale Motion (including the proposed Sale Order) may be obtained by (a) sending a written request to counsel to the Debtor, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, Facsimile: (305) 358-5744 (Attn: John K. Cunningham, Esq.) or Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.), or (b) accessing the website of the Debtor's claims and noticing agent, AlixPartners, LLP, at http://www.igpsinfo.com.

8. **OBJECTIONS TO ANY RELIEF REQUESTED IN THE SALE MOTION (OTHER THAN THE PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, LEASES, AND INTELLECTUAL PROPERTY OR TO ANY PROPOSED CURE PAYMENT LIABILITY AMOUNTS IN CONNECTION THEREWITH), INCLUDING THE DEBTOR'S REQUEST TO APPROVE THE SALE OF THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS TO THE PURCHASER OR ANOTHER SUCCESSFUL BIDDER (EACH, AN "OBJECTION"), MUST BE MADE IN WRITING, FILED, AND SERVED SO AS TO BE _ACTUALLY RECEIVED_ BY 4:00 P.M. (EASTERN TIME) ON [_____, 2013] (THE "OBJECTION DEADLINE").**

9. **ANY OBJECTION MUST BE SERVED IN ACCORDANCE WITH PARAGRAPH 8 ABOVE ON EACH OF THE FOLLOWING PARTIES:** (a) the Debtor, c/o iGPS Company LLC, 225 E. Robinson Street, Suite 200, Orlando, Florida 32801 (Attn: Gary Glass); (b) co-counsel to the Debtor, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq.) and Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.); (c) co-counsel to the Purchaser, Pachulski, Stang, Ziehl & Jones LLP,

919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq.) and DLA Piper LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Craig V. Rasile); (d) counsel to the DIP Lender, Riemer & Braunstein LLP, Three Center Plaza, 6th Floor, Boston, Massachusetts 02108 (Attn: Donald E. Rothman); and (e) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: [_____]).

10. The Bid Procedures Order approves the Assignment Procedures, which set forth the (i) manner in which the Debtor will (a) identify the Assumed Contracts (as defined in the Agreement), the Assumed Leases (as defined in the Agreement) and the Intellectual Property Rights (as defined in the Agreement) and (b) identify amounts the Debtor believes are necessary to cure defaults under each of such Assumed Contracts, Assumed Leases and Intellectual Property Rights determined by the Seller; and (ii) procedures to be followed by any party that wishes to object to the proposed assumption and assignment of any Assumed Contract, Assumed Lease, or Intellectual Property Rights, or the cure amounts proposed by the Debtor in respect thereof. An additional notice setting forth the specific Assumed Contracts, Assumed Leases and Intellectual Property Rights to be assumed by the Debtor and the proposed cure amounts for such contracts will be served upon all counterparties to the Assumed Contracts, Assumed Leases and Intellectual Property Rights.

11. Under the Agreement, the Purchaser will assume certain specified liabilities of the Debtor that fall within the definition of "Assumed Liabilities" under the Agreement, including, but not limited to, (a) all liabilities under the Assumed Contracts and Assumed Leases; (b) certain employment liabilities; (c) liabilities in connection with providing adequate assurance of future performance with respect to Assumed Contracts and Assumed Leases; (d) certain taxes; and (e) the cure amounts related to the Assumed Contracts and Assumed Leases, all as described in Section 2.4 of the Agreement. The Purchaser will not be assuming certain "Excluded Liabilities" listed in Section 2.5 of the Agreement. The foregoing summary of certain Assumed Liabilities is subject in all respects to the terms and conditions set forth in the Agreement.

12. The failure of any person or entity to file an Objection on or before the Objection Deadline shall be deemed a consent to the Sale of the Purchased Assets to the Purchaser or another Successful Bidder and the other relief requested in the Sale Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Bid Procedures Relief, the Sale Motion, the Auction, the sale of the Purchased Assets, the Seller's consummation and performance of the Agreement or other agreement with a different Successful Bidder (including in any such case, without limitation, the transfer of the Purchased Assets free and clear of all liens, claims, encumbrances and interests).

13. This Notice is subject to the full terms and conditions of the Sale Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict. The Debtor encourages parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

Dated: June ___, 2013

| | |
|---|---|
| John K. Cunningham | Jeffrey M. Schlerf (No. 3047) |
| Richard S. Kebrdle | John H. Strock (No. 4965) |
| Kevin M. McGill | L. John Bird (No. 5310) |
| Fan B. He | FOX ROTHSCHILD LLP |
| WHITE & CASE LLP | Citizens Bank Center, Suite 1600 |
| Southeast Financial Center | 919 North Market Street |
| 200 South Biscayne Boulevard, 49th Floor | Wilmington, DE 19801 |
| Miami, Florida 33131 | Telephone: (302) 654-7444 |
| Telephone: (305) 371-2700 | |
| Facsimile: (305) 358-5744 | |

# ANNEX 1

(Bid Procedures Order)