# EXHIBIT A3

Case 13-11459-KG    Doc 17-4    Filed 06/05/13    Page 1 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| iGPS COMPANY LLC,[1] | ) | Case No. 13-11459 (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket Nos. ___ |

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY
ALL OF THE ASSETS OF iGPS COMPANY LLC FREE AND
CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES
AND SCHEDULING FINAL SALE HEARING RELATED THERETO**

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on June 4, 2013, iGPS Company LLC (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On June 4, 2013, the Debtor filed a motion with the Bankruptcy Court (the "Sale Motion") seeking, among other things, (a) authority to sell substantially all of the assets of the Debtor free and clear of all liens, claims, interests and encumbrances (the "Sale"); (b) approval of certain procedures (the "Bid Procedures") for the solicitation of bids with respect to the Sale (the "Bid Procedures Relief"); (c) approval of certain procedures (the "Assignment Procedures") in connection with the identification and assumption of certain contracts and intellectual property rights in connection with the Sale; and (d) scheduling of a final hearing with the Bankruptcy Court for approval of the Sale Transaction (the "Sale Hearing").

PLEASE TAKE FURTHER NOTICE that iGPS Company LLC, as seller (the "Seller"), and iGPS Logistics LLC, as buyer (the "Purchaser"), have entered into that certain Asset Purchase Agreement (including all exhibits, schedules and ancillary agreements related thereto, the "Agreement"), which contemplates the sale of substantially all of the Seller's assets (defined as the "Purchased Assets" in Section 2.1 of the Agreement) to the Purchaser, subject to higher and better offers made pursuant to the Bid Procedures.

PLEASE TAKE FURTHER NOTICE a hearing on the Bid Procedures Relief was held before the Bankruptcy Court on [_____, 2013], at which time the Bankruptcy Court entered an order, among other things, approving the Bid Procedures Relief [Docket No. ___] (the "Bid Procedures Order"). The Bid Procedures Order establishes the Bid Procedures that govern the manner in which the Purchased Assets are to be sold.

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

PLEASE TAKE FURTHER NOTICE that all bids must comply with the Bid Procedures and be submitted so as to be received not later than [_____, 2013].

PLEASE TAKE FURTHER NOTICE that pursuant to the Bid Procedures, each Qualified Bidder (as defined in the Bid Procedures) shall be invited to participate in an auction (the "Auction") at the office of Seller's counsel, White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036, which Auction must be attended in person and which shall commence at [__:____.m. (Eastern Time) on _____, 2013].

PLEASE TAKE FURTHER NOTICE that the Sale Hearing currently is scheduled to be conducted on [_____, 2013 at __:____.m.] (Eastern Time) at the United States Bankruptcy Court for the District of Delaware, 844 King Street, Wilmington, Delaware 19801, before the Honorable [_____], United States Bankruptcy Judge, to consider the approval of the Agreement or any higher and better offer by a Qualified Bidder (the "Successful Bidder"). If the Purchaser is the Successful Bidder, the Debtor anticipates seeking entry of an order approving the Sale substantially in the form of the order attached to the Sale Motion as Exhibit B (the "Sale Order"). The Sale Hearing may be adjourned or rescheduled from time to time without further notice other than an announcement by the Debtor in the Bankruptcy Court of such adjournment on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that objections to any relief requested in the Sale Motion (other than the proposed assumption and assignment of certain contracts, leases and intellectual property) must be made in writing, filed with the Bankruptcy Court and served in accordance with the terms and conditions established by the Bid Procedures Order so as to be <u>actually received</u> by 4:00 p.m. (Eastern Time) on [_____, 2013].

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE TO YOU OR THE OPPORTUNITY TO OBJECT.**

PLEASE TAKE FURTHER NOTICE that a copy of the Agreement, the Bid Procedures Order and the Sale Motion (including the proposed Sale Order) may be obtained by (a) sending a written request to counsel to the Debtor, White & Case, LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, Facsimile: (305) 358-5744 (Attn: John K. Cunningham, Esq.) or Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.), or (b) accessing the website of the Debtor's claims and noticing agent, AlixPartners, LLP, at http://www.alixpartners.com.

PLEASE TAKE FURTHER NOTICE that this Notice is subject to the full terms and conditions of the Sale Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict. The Debtor encourages parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

Dated: June [__], 2013
      Wilmington, Delaware

| | |
|---|---|
| John K. Cunningham | Jeffrey M. Schlerf (No. 3047) |
| Richard S. Kebrdle | John H. Strock (No. 4965) |
| Kevin M. McGill | L. John Bird (No. 5310) |
| Fan B. He | FOX ROTHSCHILD LLP |
| WHITE & CASE LLP | Citizens Bank Center, Suite 1600 |
| Southeast Financial Center | 919 North Market Street |
| 200 South Biscayne Boulevard, 49th Floor | Wilmington, DE 19801 |
| Miami, FL 33131 | Telephone: (302) 654-7444 |
| Telephone: (305) 371-2700 | |
| Facsimile: (305) 358-5744 | |