# EXHIBIT A4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (   ) |
| Debtor. | ) |
|  | ) Re: Docket Nos. ___ |

## NOTICE OF DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND INTELLECTUAL PROPERTY RIGHTS

PLEASE TAKE NOTICE THAT, on June 4, 2013, iGPS Company LLC (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT, on June 5, 2013, the Debtor filed a motion (the "Sale Procedures Motion") with the Bankruptcy Court seeking, among other things, approval of certain procedures (the "Assignment Procedures") applicable to the identification and assumption of certain contracts (the "Assumed Contracts"), certain leases (the "Assumed Leases") and certain intellectual property rights (the "Intellectual Property Rights"), and assignment thereof, in connection with the Sale by which the Debtor intends to sell substantially all of its assets.[2]

PLEASE TAKE FURTHER NOTICE THAT, on June [__], 2013, the Bankruptcy Court entered an order (the "Order") granting the Sale Procedures Motion [Docket No. ___] and approving the procedures for the assumption and assignment of the Assumed Contracts, Assumed Leases and Intellectual Property Rights. A copy of the Order is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE THAT the Debtor intends to assume and assign to iGPS Logistics LLC (the "Purchaser") the Assumed Contracts, Assumed Leases and Intellectual Property Rights listed on Exhibit "B" annexed hereto pursuant to section 365 of the Bankruptcy Code.

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Motion.

PLEASE TAKE FURTHER NOTICE THAT the Debtor has set forth on Exhibit "B" hereto the amounts due and owing, if any, under the Assumed Contracts and Assumed Leases through June 3, 2013 (the "Cure Amounts"). The Bankruptcy Code requires that the Cure Amounts (which include any amounts owing on account of the Debtor's prepetition obligations under the Assumed Contracts and Assumed Leases) be paid in full to the parties owed such amounts upon the Debtor's assumption of the Assumed Contracts and Assumed Leases.

PLEASE TAKE FURTHER NOTICE THAT ANY PARTY SEEKING TO ASSERT AN OBJECTION TO THE ASSUMPTION BY THE DEBTOR AND ASSIGNMENT TO THE PURCHASER OF CONTRACT, LEASE, OR INTELLECTUAL PROPERTY RIGHT, INCLUDING TO THE VALIDITY OF ANY CURE AMOUNT AS DETERMINED BY THE DEBTOR OR TO OTHERWISE ASSERT THAT ANY OTHER AMOUNTS, DEFAULTS, CONDITIONS OR PECUNIARY LOSSES MUST BE CURED OR SATISFIED UNDER THE ASSUMED CONTRACTS AND ASSUMED LEASES (NOT INCLUDING ACCRUED BUT NOT YET DUE OBLIGATIONS) MUST FILE AND SERVE ITS OBJECTION (ANY SUCH OBJECTION, AN "ASSUMPTION OBJECTION") SETTING FORTH WITH SPECIFICITY ANY AND ALL CURE OBLIGATIONS OR OTHER CONDITIONS WHICH SUCH PARTY ASSERTS MUST BE CURED OR SATISFIED WITH RESPECT TO SUCH CONTRACT, LEASE, OR INTELLECTUAL PROPERTY RIGHT SO THAT SUCH ASSUMPTION OBJECTION IS ACTUALLY RECEIVED BY (i) the Debtor, c/o iGPS Company LLC, 225 E. Robinson Street, Suite 200, Orlando, Florida 32801 (Attn: Gary Glass); (ii) co-counsel to the Debtor, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq.) and Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.); (iii) co-counsel to the Purchaser, Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq.) and DLA Piper LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Craig V. Rasile); (iv) counsel to the DIP Lender, Riemer & Braunstein LLP, Three Center Plaza, 6th Floor, Boston, Massachusetts 02108 (Attn: Donald E. Rothman) and (v) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: [_____]). BY JUNE 27, 2013 (THE "OBJECTION DEADLINE").

PLEASE TAKE FURTHER NOTICE THAT, EXCEPT AS LIMITED BY THE NEXT PARAGRAPH, UNLESS AN ASSUMPTION OBJECTION IS FILED AND SERVED BY A PARTY TO AN ASSUMED CONTRACT OR ASSUMED LEASE OR A PARTY INTERESTED IN AN ASSUMED CONTRACT OR ASSUMED LEASE BY THE OBJECTION DEADLINE, ALL PARTIES WHO HAVE RECEIVED ACTUAL OR CONSTRUCTIVE NOTICE HEREOF SHALL BE DEEMED TO HAVE WAIVED AND RELEASED ANY RIGHT TO ASSERT AN ASSUMPTION OBLIGATION AND TO HAVE OTHERWISE CONSENTED TO THE ASSUMPTION AND ASSIGNMENT AND SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING OR CLAIMING AGAINST THE DEBTOR, THE PURCHASER OR ANY OTHER ASSIGNEE OF THE RELEVANT ASSUMED CONTRACT OR ASSUMED LEASE THAT ANY ADDITIONAL AMOUNTS ARE DUE OR DEFAULTS EXIST, OR

**CONDITIONS TO ASSUMPTION OR ASSIGNMENT MUST BE SATISFIED, UNDER SUCH ASSUMED CONTRACT OR ASSUMED LEASE.**

PLEASE TAKE FURTHER NOTICE THAT Assumption Objections must set forth the cure amount or other obligation the objecting party asserts is due, the specific types and dates of the alleged defaults, pecuniary losses and conditions to assignment and the support therefor, if any.

PLEASE TAKE FURTHER NOTICE THAT if, as to any Assumed Contract, Assumed Lease or Intellectual Property Right, no Assumption Objections is received by the Objection Deadline, such Assumed Contract, Assumed Lease or Intellectual Property Right shall be deemed assumed by the Debtor and assigned to the Purchaser without further order of the Bankruptcy Court, effective as of the later of (i) the Objection Deadline or (ii) the payment of the applicable Cure Amount, if any, set forth in Exhibit "B" hereto. If an Assumption Objection is received by the Objection Deadline and the Debtor and/or the Purchaser is unable to resolve such objection consensually, the proposed assumption and assignment which is the subject of such Assumption Objection shall be subject to further order of the Bankruptcy Court and the Debtor and/or the Purchaser shall promptly schedule a hearing to consider such Assumption Objection.

PLEASE TAKE FURTHER NOTICE THAT hearings with respect to Assumption Objections shall be held on such date as the Bankruptcy Court may designate.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU AGREE WITH THE CURE AMOUNTS SET FORTH ON EXHIBIT "B" AND DO NOT OTHERWISE OBJECT TO THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF YOUR CONTRACT, LEASE, OR INTELLECTUAL PROPERTY RIGHT YOU NEED NOT TAKE ANY FURTHER ACTION.**

PLEASE TAKE FURTHER NOTICE THAT a complete copy of the Sale Motion may be obtained by (a) sending a written request to counsel to the Debtor, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq.) or Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.), or (b) accessing the website of the Debtor's claims and noticing agent, AlixPartners, LLP, at http://www.igpsinfo.com.

Dated: June [ __ ], 2013

| | |
|---|---|
| John K. Cunningham | Jeffrey M. Schlerf (No. 3047) |
| Richard S. Kebrdle | John H. Strock (No. 4965) |
| Kevin M. McGill | L. John Bird (No. 5310) |
| Fan B. He | FOX ROTHSCHILD LLP |
| WHITE & CASE LLP | Citizens Bank Center, Suite 1600 |
| Southeast Financial Center | 919 North Market Street |
| 200 South Biscayne Boulevard, 49th Floor | Wilmington, DE 19801 |
| Miami, Florida 33131 | Telephone: (302) 654-7444 |
| Telephone: (305) 371-2700 | |
| Facsimile: (305) 358-5744 | |

# EXHIBIT A

(Order)

# Exhibit B

(List of Assumed Contracts, Assumed Leases, and
Intellectual Property Rights and Cure Amounts)