# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| iGPS COMPANY LLC [1] | : | Case No. 13-11459 (KG) |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PLEADINGS

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, John T. Carroll, III and the law firm of Cozen O'Connor hereby enters an appearance as counsel in the above-captioned case for *Ryder Integrated Logistics, Inc.* ("Ryder"), a creditor and party-in-interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "Bankruptcy Rules") Cozen O'Connor hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone number, email address and facsimile number indicated below:

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is iGPS Company LLC (6297).

>John T. Carroll, III
>Cozen O'Connor
>1201 N. Market Street
>Suite 1001
>Wilmington, DE  19801
>Phone:  (302) 295-2028
>Fax:     (302) 295-2013
>Email:  jcarroll@cozen.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Ryder.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ryder is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ryder expressly reserves.

|  |  |
|---|---|
| Dated:  June 5, 2013<br>Wilmington, Delaware | Respectfully submitted,<br><br>COZEN O'CONNOR<br><br>By: */s/ John T. Carroll, III*<br><br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>Telephone:    (302) 295-2028<br>Facsimile:     (302) 295-2013<br>Email:  jcarroll@cozen.com<br><br>*Counsel to Ryder Integrated Logistics Inc.* |

Page | 3