IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (KG) |
| Debtor. | ) Hearing Date: June 6, 2013 at 9:15 a.m. |

## NOTICE OF EMERGENCY HEARING

PLEASE TAKE NOTICE that iGPS Company LLC intends to file an emergency motion (the "Motion") for entry of an order (i) enforcing the automatic stay pursuant to section 362 of title 11 of the Unites States Code (the "Bankruptcy Code") against Belacon Pallet Services, LLC (f/k/a AIM Logistics, LLC, "Belacon") (collectively, the "Respondents"); (ii) holding Belacon in civil contempt for violation of the automatic stay; (iii) assessing sanctions; and (iv) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the Motion will be held on **June 6, 2013, at 9:15 a.m. Eastern Time** (the "Hearing"), before the Honorable Kevin Gross, Chief United States Bankruptcy Judge, in Courtroom 3 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801.[2]

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made at the Hearing. Only objections raised at the Hearing will be considered by the

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

[2] Parties who are interested in participating in the Hearing telephonically may contact CourtCall at 1-866 582-6878.

Bankruptcy Court. If no objections to the Motion are raised at the hearing, the Court may enter an order granting the Motion without further notice.

Dated: June 5, 2013
       Wilmington, Delaware

                                   FOX ROTHSCHILD LLP

                                   By: /s/ Jeffrey M. Schlerf
                                   Jeffrey M. Schlerf (No. 3047)
                                   John H. Strock (No. 4965)
                                   L. John Bird (No. 5310)
                                   Citizens Bank Center, Suite 1600
                                   919 North Market Street
                                   Wilmington, DE 19801
                                   Telephone: (302) 654-7444

                                        – and –

                                   John K. Cunningham
                                   Richard S. Kebrdle
                                   Kevin M. McGill
                                   Fan B. He
                                   WHITE & CASE LLP
                                   Southeast Financial Center
                                   200 South Biscayne Boulevard, 49th Floor
                                   Miami, Florida 33131
                                   Telephone: (305) 371-2700
                                   Facsimile: (305) 358-5744

                                   *Proposed Attorneys for the Debtor and Debtor in Possession*

MIAMI 976972 (2K)