## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (KG) |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTER SCHEDULED FOR EMERGENCY FIRST DAY HEARING ON  JUNE 6, 2013 AT 9:15 A.M. (EASTERN TIME)[2]

### I.    MATTER GOING FORWARD:

1.    Debtor's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Belacon (II) Holding Belacon in Civil Contempt of the Automatic Stay, (III) Assessing Sanctions and (IV) Granting Related Relief, filed on June 5, 2013 [Docket No. 28]

Related Documents:

a)    Notice of Emergency Hearing, filed on June 5, 2013 [Docket No. 25]

---

[1]    The last four digits of iGPS Company LLC's federal tax identification number are 6297.  The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

[2]    The Debtor's remaining first day motions will be heard at 2:30 p.m. (Eastern Time) on June 6, 2013, as previously noticed.

Status:

This matter will go forward.

Dated: June 5, 2013
      Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

– and –

John K. Cunningham
Richard S. Kebrdle
Kevin M. McGill
Fan B. He
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Proposed Attorneys for the Debtor and Debtor in Possession*