# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iGPS COMPANY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11459 (KG) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

The undersigned, a member of the bar of this Court, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the attached certification, moves the admission *pro hac vice* of Donald E. Rothman, Esq. (the "Admittee") of the law firm Riemer & Braunstein LLP, Three Center Plaza, 6th Floor Boston, Massachusetts 02108 to represent Crystal Financial LLC, as Administrative Agent, Collateral Agent, and as Lender.

Dated: June 6, 2013

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com

*Delaware Attorneys for Crystal Financial LLC, as Administrative Agent, Collateral Agent, and as Lender*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing of the Bars of the Commonwealth of Massachusetts, the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Donald E. Rothman
Donald E. Rothman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
Telephone: (617) 880-3556
Facsimile: (617) 880-3456
DRothman@riemerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____, 2013    _____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge