IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (KG) |
| Debtor. | ) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 6, 2013 AT 2:30 P.M. (EASTERN TIME)[3]

I.  **VOLUNTARY PETITION**

   1. iGPS Company LLC

II. **MATTERS GOING FORWARD:**

   1. Debtor's Motion for an Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to the Debtor, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, filed on June 5, 2013 [Docket No. 2]

   2. Debtor's Application for Entry of an Order Authorizing and Approving the Retention of AlixPartners, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date, filed on June 5, 2013 [Docket No. 3]

   3. Debtor's Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits, filed on June 5, 2013 [Docket No. 4]

   4. Debtor's Motion for Order (I) Authorizing Continued Use of Existing (A) Cash Management System and Bank Accounts and (B) Business Forms; and (II) Waiving Investment and Deposit Requirements, filed on June 5, 2013 [Docket No. 5]

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

[2] Amended Agenda items appear in bold.

[3] Any party who wishes to participate in the telephonic hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

5. Debtor's Motion for Authority to Pay Prepetition Trust Fund Taxes in the Ordinary Course of Business, filed on June 5, 2013 [Docket No. 6]

6. Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Maintain Insurance Program, (B) Pay Insurance Premiums in the Ordinary Course and (C) Pay All Obligations Associated Therewith; and (II) Preventing Insurance Companies from Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief from the Automatic Stay, filed on June 5, 2013 [Docket No. 7]

7. Debtor's Motion for Authority to (I) Maintain Certain Customer Rebate Programs and (II) Honor or Pay related Prepetition Obligations in Respect Thereof, filed on June 5, 2013 [Docket No. 8]

8. Debtor's Motion for Entry of an Order (I) Enforcing the Turnover Provisions of the Bankruptcy Code and Requiring Any Entity in Possession of Property of the Estate to Deliver Such Property to the Debtor and (II) Enforcing the Automatic Stay, filed on June 5, 2013 [Docket No. 9]

9. Debtor's Motion for Entry of an Order Authorizing Payment of Postpetition Administrative Expense Priority Claims of Certain Essential Service Providers, filed on June 5, 2013 [Docket No. 10]

**Response Received:**

a) **Informal comments were received from Ryder System, Inc.**

10. Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Obtain Postpetition Financing, (B) Authorizing the Debtor to Use Cash Collateral, and (C) Granting Adequate Protection to Purchasing Secured Party, filed on June 5, 2013 [Docket No. 11]

**Related Documents:**

a) **Notice of Filing of Exhibits to Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Obtain Postpetition Financing, (B) Authorizing the Debtor to Use Cash Collateral, and (C) Granting Adequate Protection to Purchasing Secured Party, filed June 5, 2013 [Docket No. 27]**

11. **Debtor's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Belacon (II) Holding Belacon in Civil Contempt of the Automatic Stay, (III) Assessing Sanctions and (IV) Granting Related Relief, filed on June 5, 2013 [Docket No. 28]**

**Related Documents:**

a) **Notice of Emergency Hearing, filed on June 5, 2013 [Docket No. 25]**

Status:

All of the above matters will go forward.

### III. FIRST DAY AFFIDAVIT

1. Affidavit of Walter Myers in Support of First Day Motions and Applications [Docket No. 12] filed on June 5, 2013 [Docket No. 12]

### IV. SALE RELATED PLEADINGS

1. Debtor's Motion for Entry of an (I) Order (A) Authorizing and Approving Bid Procedures to be Employed in Connection With the Proposed Sale of Substantially All of the Assets of the Debtor; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection With the Identification and Assumption of Certain Contracts, Leases and Intellectual Property Rights; and (E) Approving the Manner and Form of Notice of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief, filed on June 5, 2013 [Docket No. 17]
Related Documents:

   a) Motion for Entry of an Order Shortening Notice and Objection Periods and Requesting an Expedited Hearing for Approval of Debtor's Motion for Entry of an (I) Order (A) Authorizing and Approving Bid Procedures to be Employed in Connection With the Proposed Sale of Substantially All of the Assets of the Debtor; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection With the Identification and Assumption of Certain Contracts, Leases and Intellectual Property Rights; and (E) Approving the Manner and Form of Notice of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief, filed on June 5, 2013 [Docket No. 18]

Status:

This matter will go forward as a status conference to discuss, among other things, the Debtor's motion to shorten notice.

Dated: June 6, 2013
      Wilmington, Delaware

FOX ROTHSCHILD LLP

_____

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

– and –

John K. Cunningham
Richard S. Kebrdle
Kevin M. McGill
Fan B. He
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Proposed Attorneys for the Debtor and Debtor in Possession*