UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                        Chapter 11

iGPS COMPANY LLC                       Case No.: 13-11459-KG

      Debtor.
_____/

## MOTION TO APPROVE APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Sundeep S. Sidhu, respectfully request the approval of this Court to appear in the above-captioned case on behalf of CHEP USA and Pallet Companies, Inc. d/b/a IFCO Systems, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware. Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office in the District of Delaware. My office is located in Orlando, Florida at the address listed below.

Accordingly, I respectfully request that the Court enter the attached proposed order approving my appearance in these proceedings pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: June 6, 2013

                                           /s/ Sundeep S. Sidhu
                                           Sundeep S. Sidhu, Esq.
                                           Delaware Bar No. 5417
                                           sunny.sidhu@akerman.com
                                           AKERMAN SENTERFITT
                                           420 S. Orange Avenue, Suite 1200
                                           Orlando, FL  32801-4904
                                           Phone:  (407) 423-4000
                                           Facsimile:  (407) 843-6610
                                           *Attorneys for CHEP USA and Pallet Companies, Inc. d/b/a IFCO Systems*

{26508270;1}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                         Chapter 11

iGPS COMPANY LLC                                  Case No.: 13-11459-KG

      Debtor.
_____/

**ORDER APPROVING APPEARANCE**
**PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

This matter coming before the Court upon the motion of Sundeep S. Sidhu to appear in the above-captioned case on behalf of CHEP USA and Pallet Companies, Inc. d/b/a IFCO Systems, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Sundeep S. Sidhu may appear in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

Dated: _____, 2013

                                                                                                                                                                   _____
                                                                                                                                                                  The Honorable Kevin Gross
                                                                                                                                                                  Chief United States Bankruptcy Judge