UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-11459-11 |
| IGPS COMPANY LLC | § | |
| DEBTORS(S), | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**PARKER CAD**             **KAUFMAN COUNTY**
**TARRANT COUNTY**                                 **ELLIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 12th day of June, 2013, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JEFFREY M. SCHLERF                US TRUSTEE (DELAWARE)
THE BAYARD FIRM                   844 KING STREET, RM 2207
919 MARKET ST., SUITE 1600        LOCK BOX #35
WILMINGTON, DE 19801              WILMINGTON, DE 19899-0035

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan Street, Ste 1600
DALLAS, TX 75201
Telephone: (214) 880-0089
Facsimile: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

By: _____
Elizabeth Weller
SBN: 00785514 TX