IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                                              CASE NO. 13-11459

IGPS COMPANY LLC

   DEBTOR                                                                        CHAPTER 11

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Tax Appraisal District of Bell County, The County of Brazos, Texas, The County of Comal, Texas, The County of Denton, Texas, The County of Guadalupe, Texas, The County of Hays, Texas, City of Waco and/or Waco Independent School District, Central Appraisal District of Taylor County and The County of Williamson, Texas, (hereinafter referred to as the "Texas Ad Valorem Taxing Jurisdictions") in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: June 12, 2013

                                             Respectfully submitted,

                                             MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                             Attorneys for the Texas Ad Valorem Taxing Jurisdictions

                                             */s/Lee Gordon*
                                             Lee Gordon
                                             State Bar Number 08212500
                                             P.O. Box 1269
                                             Round Rock, Texas 78680
                                             Telephone: (512) 323-3200
                                             Fax: (512) 323-3205

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Jeffrey M. Schlerf, Fox Rothschild LLP, Citizens Bank Center, Suite 1300 919 North Market Street P.O. Box 2323, Wilmington, Delaware 19899-2323; and to those parties listed on the Court's Notice of Electronic Filing on June 12, 2013, by Electronic Notification or First Class U.S. Mail.

                                             */s/Lee Gordon*
                                             Lee Gordon