UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iGPS Company, LLC | ) | Case No. 13-11459 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF**
**<u>FAFINSKI MARK & JOHNSON, P.A.</u>**

Fafinski Mark & Johnson, P.A., hereby gives notice pursuant to Bankruptcy Rule 9010(b) that it is appearing in the above-captioned bankruptcy case on behalf of General Mills Operations, LLC

Fafinski Mark & Johnson, P.A. further requests that it receive all notices and all other papers served or filed in this case, including pleadings, motions, applications, orders, plans, disclosure statements, financial and other reports.  Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to the following address:

> Connie A. Lahn, Esq.
> Fafinski Mark & Johnson, P.A.
> 775 Prairie Center Drive, Suite 400
> Eden Prairie, Minnesota 55344
> Telephone:     952.995.9500
> Facsimile:     952.995.9577
> Connie.Lahn@fmjlaw.com

Fafinski Mark & Johnson, P.A., further requests that it be added to the appropriate lists and matrixes in this case.

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002(i) and 3017(a), and a request for court

1563480

designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019.

PLEASE TAKE FURTHER NOTICE that the foregoing constitutes a request for service of papers only and is not intended to waive any rights of General Mills Operations, LLC, including, but not limited to: (1) the right to contest the personal jurisdiction of the Bankruptcy Court, (2) the right to trial by jury, or (3) any other rights, claims, actions, defenses, setoffs, or recoupments to which General Mills Operations, LLC may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated:  June 13, 2013

**FAFINSKI MARK & JOHNSON, P.A.**

By:   /s/ Connie A. Lahn
Connie A. Lahn, #0269219
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, Minnesota 55344
Telephone: 952.995.9500
Facsimile: 952.995.9577
Connie.Lahn@fmjlaw.com

ATTORNEYS FOR GENERAL MILLS OPERATIONS, LLC

1563480