IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| iGPS COMPANY LLC,[1] | ) Case No. 13-11459 (KG) |
| Debtor. | ) |
| | ) Re: Docket Nos. 17, 234 |

## NOTICE OF AMENDMENT TO THE ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 4, 2013, iGPS Company LLC (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On June 5, 2013, the Debtor filed with the Bankruptcy Court a motion [Docket No. 17] (the "Sale Motion") seeking, among other things, (a) authority to sell substantially all of the assets of the Debtor free and clear of all liens, claims, interests and encumbrances (the "Sale"); (b) approval of certain procedures for the solicitation of bids with respect to the Sale (the "Bid Procedures Relief"); and (c) approval of certain procedures in connection with the identification and assumption of certain contracts and intellectual property rights in connection with the Sale.

3. iGPS Company LLC, as seller (the "Seller"), and iGPS Logistics LLC, as buyer (the "Purchaser"), had entered into that certain Asset Purchase Agreement (including all exhibits, schedules and ancillary agreements related thereto, the "Agreement"), which contemplates the sale of substantially all of the Seller's assets (defined as the "Purchased Assets" in Section 2.1 of the Agreement) to the Purchaser, subject to higher and better offers made pursuant to the Bid Procedures. A copy of the Agreement was attached to the Sale Motion as Exhibit A1.

4. On July 3, 2013, the Bankruptcy Court entered an order, among other things, approving the Bid Procedures Relief [Docket No. 234] (the "Bid Procedures Order"). A copy of the amended Agreement was attached to the Bid Procedures Order as Exhibit 1.

5. On July 23, 2013, the Bankruptcy Court announced that the Sale would be approved, subject to the resolution of certain issues regarding the language of the proposed order approving the Sale. Accordingly, the Debtor plans to file a copy of the further amended

---

[1] The last four digits of iGPS Company LLC's federal tax identification number are 6297. The location of iGPS Company LLC's corporate headquarters and the service address is 225 E. Robinson Street, Suite 200, Orlando, Florida.

Agreement (the "Amended Agreement") with the Bankruptcy Court, which will be attached as an exhibit to the final Sale order.

6. In connection with the Amended Agreement, the Purchaser intends to attach revised schedules that, among other things, revise the schedules of assumed, excluded and retained contracts. A current copy of the revised schedules is attached hereto as Exhibit "A" and a blackline reflecting the changes to the schedules is attached hereto as Exhibit "B".

7. Pursuant to Section 6.10(b) of the Agreement, the Purchase may request that the Debtor assume the Additional Contracts and assign them to the Purchaser pursuant to section 365 of the Bankruptcy Code. If the Purchaser does decide to assume the Additional Contracts, the Debtor will provide a separate notice setting forth the proposed cure amounts and procedures to object.

Dated: July 26, 2013
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

– and –

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Kevin M. McGill (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Attorneys for the Debtor and Debtor in Possession*