# EXHIBIT "B"

## (Blackline)

MIAMI 981897 (2K)

## Schedule 1.1(a)

### List of Assumed Contracts

| Party | Description |
| --- | --- |
| Chobani | Receiving and iDepot agreement |
| Costco | iDepot business agreement |
| Dillon Companies, Inc. dba King Soopers, Inc. | Receiving and iDepot agreement |
| Family Dollar Distribution LLC | Receiving and iDepot agreement |
| Fareway Stores, Inc. | Receiving and iDepot agreement |
| Food Lion, LLC | Receiving and iDepot agreement |
| Fresh & Easy | Receiving and iDepot agreement |
| Gerawan Farming | Receiving and iDepot agreement |
| Giant Eagle Inc. | Retailer agreement with respect to the receipt, use and return of pallets |
| Hannaford Brothers Company | Receiving and iDepot agreement |
| HEB Grocery Company, LP | Retailer agreement with respect to the receipt, use and return of pallets |
| Hy-Vee Inc. | Retailer agreement with respect to the receipt, use and return of pallets |
| Ingles Markets, Inc. | Receiving and iDepot agreement |
| Kamps Pallets | Receiving and iDepot agreement |
| Marsh Supermarkets, LLC | Receiving and iDepot agreement |
| McLane/Company, Inc. | Receiving and iDepot agreement |
| McLane/Mid-Atlantic, Inc. | Receiving and iDepot agreement |
| McLane/Midwest, Inc. | Receiving and iDepot agreement |
| McLane/Mid-Atlantic, Inc. | Receiving and iDepot agreement |
| McLane/Midwest, Inc. | Receiving and iDepot agreement |
| McLane/Eastern, Inc. | Receiving and iDepot agreement |
| McLane Company, Inc. | Receiving and iDepot agreement |
| McLane/Eastern, Inc. | Receiving and iDepot agreement |
| McLane/Suneast, Inc. | Receiving and iDepot agreement |
| McLane Company, Inc. | Receiving and iDepot agreement |
| McLane/Southern, Inc. | Receiving and iDepot agreement |
| McLane Company, Inc. | Receiving and iDepot agreement |
| McLane/Suneast, Inc. | Receiving and iDepot agreement |
| McLane/Western, Inc. | Receiving and iDepot agreement |
| McLane Company, Inc. | Retailer/wholesaler agreement with respect to the receipt, use and return of pallets |
| McLane Company, Inc. | Receiving and iDepot agreement |
| McLane/Suneast, Inc. | Receiving and iDepot agreement |
| Meijer Distribution, Inc. | Receiving and iDepot agreement |
| Plaza Provision Company | iDepot agreement |
| Safeway Inc. | Retailer agreement with respect to the receipt, |

|  | use and return of pallets |

## Schedule 1.1(a) – continued

### List of Assumed Contracts

| Party | Description |
|---|---|
| ~~Sam's East, Inc. and Sam's West, Inc.~~ | ~~Reverse logistics services agreement~~ |
| Schnuck Markets, Inc. | Receiving and iDepot agreement |
| Wawa, Inc. | Receiving and iDepot agreement |
| Wegmans Food Markets, Inc. | Receiving and iDepot agreement |
| Weis Markets, Inc. | Receiving and iDepot agreement |
| Winco Foods, LLC | Receiving and iDepot agreement |
| Winn-Dixie Stores, Inc. | Receiving and iDepot agreement |
| Imperial Woods Enterprise | Receiving and iDepot agreement |
| Merchants Distributors Inc. | Receiving and iDepot agreement |
| Target Corporation | Agreement with respect to the receipt, use and return of pallets |
| Publix Super Markets, Inc. | Services agreement with respect to the receipt, use and return of pallets |
| Asset Management Service | Master recycler service provider agreement |
| APS and Sons | Master recycler service provider agreement |
| Rehrig Pacific Logistics | Master recycler service provider agreement |
| SB Pallets | Master recycler service provider agreement |
| Taly Pallet | Master recycler service provider agreement |
| Salesforce.com | Master subscription agreement |
| ~~Microsoft Licensing, GP~~ | ~~Software license agreement~~ |
| EcoArk, Inc. | iDepot agreement |
| Nice Pak Products, Inc. | iDepot agreement |
| Sysco Corporation | Receiving and iDepot agreement |
| Club Chef | Receiving and iDepot agreement |
| <u>SunTrust Bank</u> | <u>401(k) directed trustee agreement</u> |

## Schedule 1.1(b)

**List of Assumed Leases**

None.

MIAMI 980109 (2K)

## Schedule 1.1(c)

### List of Excluded Contracts

| Party | Description |
|---|---|
| Florida Legislative Associates, LLC | Agreement for representation of Debtor's interest before the Florida Legislature |
| Global Public Affairs | Confirmation of engagement as a consultant to the Debtor to provide governmental relations and public affairs support in Canada |
| Growth Squared, LLC | Master consulting services agreement to provide strategic advisory services related to government relations, advocacy and outreach services; rates were adjusted per e-mail confirmation on March 4, 2013 |
| Hall 2600 Network Associates, Ltd. | Office lease agreement for Debtor's use of nonresidential real property |
| Hall Stonebriar Three Associates, Ltd. | First amendment to office lease agreement for Debtor's use of nonresidential real property |
| Hexaware Technologies, Inc. | Sublease agreement naming Debtor as sublessor of nonresidential real property |
| Husch Blackwell, LLP | Agreement to serve as consultant to MWW Group, which has a separate agreement with the Debtor, to provide monitoring and lobbying activity on Debtor's behalf related to HB 550 before the Missouri legislature |
| MWW Group | Agreement to provide public relations, web site development and design and media-kit development; rates govered by this agreement were updated in a separate document on March 2013 |
| Kahn, Soares & Conway, LLP | Professional services agreement to provide administrative and legislative representation to the Debtor |
| Morrill & Associates PC | Agreement to serve as consultant to MWW Group, which has a separate agreement with the Debtor, to provide monitoring and lobbying activity before the Illinois General Assembly, which amends the original agreement dated February 28, 2012 |
| Theodore W. Popely, PC | Independent-contractor agreement to serve as consultant to MWW Group, which has a separate agreement with the Debtor, with respect to lobbying and govermental relations in Alaska |

## Schedule 1.1(c) – continued

### List of Excluded Contracts

| Party | Description |
|---|---|
| Sirotkin & Necrason PLC | Lobbying-services agreement with the Debtor to represent its legislative interests in the state of Vermont. |
| Tonkon Torp LLP | Engagement letter with the Debtor to represent it in connection with government relations before the Oregon State Legislature |
| Wiener Associates, PLC | Consulting agreement to perform for the Debtor various lobbying an dconsulting services with respect to governmental affairs and legislative and regulatory strategies in the state of Michigan |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Agreement to serve as consultant to MWW Group, which has a separate agreement with the Debtor, to provide legislative advocacy services before the legislative and executive branches of the state of New York. |
| National Strategies, LLC | Client consulting agreement to track for the Debtor various state legislative and and regulatory issues |
| Ryder Integrated Logistics, Inc. | Carrier management schedule to outline carrier management services provided to the Debtor |
| Ryder Integrated Logistics, Inc. | Equipment management schedule |
| AIM Logistic Services, LLC | Depot facility service provider agreement |
| ~~Great America Leasing Corporation~~ | ~~Office equipment lease~~ |
| GE Capital c/o Ricoh USA Program | Office equipment lease |
| Gary Glass | Employment agreement |
| Richard P. DiStasio | Offer letter to be employed at the Debtor |
| Richard P. DiStasio | Employment agreement |
| Richard P. DiStasio | Retention agreement |
| Richard P. DiStasio | Severance agreement |
| Jack Sparn | Offer letter to be employed at the Debtor |
| AT&T Corporation | Managed internet service agreement |
| AT&T Corporation | Teleconferencing services agreement |
| ~~AT&T Corporation~~ | ~~Business Network Express bundle agreement~~ |
| Velocity, The Greatest Phone Company Ever, Inc. | Telecommunications master services agreement |
| Numerex Solutions, LLC | Purchase and resale agreement |
| Soaring Eagle Consulting, LLC | Remote database support services agreement |
| Stomp Web Media | Software and professional-services agreement |

**Schedule 1.1(c) – continued**

List of Excluded Contracts

| Party | Description |
|---|---|
| Intelleflex Corporation | Terms and conditions of sale |
| Enfora, Inc. | Supply agreement |
| PID Technologies, Inc. | RFID recovery services agreement |
| Decision First Technologies Inc | Software license agreement and product use rights schedule using SAP contract language |
| Decision First Technologies Inc. | Addendum to quote |
| Tribridge Holdings, LLC | Master services agreement |
| Red Gate Software Ltd. | Software license agreement |
| Telerik Inc. | End user license agreement |
| VeriSign | Master services agreement |
| VeriSign | Service-order form subject to the master services agreement |
| Crowe Chizek and Company LLC | Software purchase agreement for Microsoft Dynamics |
| Venture Research, Inc. | Master services agreement |
| Venture Research, Inc. | Statement of work subject to master services agreement |
| ~~Medius Software, Inc.~~ | ~~Software and services agreement~~ |
| ~~SunTrust Bank~~ | ~~401(k) directed trustee agreement~~ |
| Websense, Inc. | Software license agreement |
| Antivia Limited | Software license agreement |
| Antivia Limited | Amendment to software license agreement |
| Oracle America, Inc. | Sales order form and license to use Taleo software |
| Oracle America, Inc. | Annual license renewal of Taleo software |
| Intelius Screening Solutions LLC (d/b/a "TalentWise") | FCRA subscriber agreement |
| Intelius Screening Solutions LLC (d/b/a "TalentWise") | End user and services agreement |
| Michael Swain | Separation and release agreement |
| Kevin Berg | Separation and release agreement |
| Kenneth Brabender | Separation and release agreement |
| Ralph Donatantonio | Separation and release agreement |
| Roger Hurst | Separation and release agreement |
| Lesley Kristeff | Separation and release agreement |
| Cecilia Sunday | Separation and release agreement |
| InterMedia.net, Inc. | Master service agreement |
| LeadLander | Order form for one year of web-site reporting service |

## Schedule 1.1(c) – continued

### List of Excluded Contracts

| Party | Description |
|---|---|
| BurrellesLuce | Agreement to renew annual subscription |
| IntraLinks | Agreement for services |
| ~~VAR Resources, Inc.~~ | ~~Master lease agreement for Medius Group~~ |
| Paul Siebert | Bonus agreement |
| Meredith Neizer | Bonus agreement |
| Dianne Giannetto | Bonus agreement |
| Gary B. Glass | Bonus agreement |
| Phil Prain Jr. | Bonus agreement |
| Lewis Taffer | Bonus agreement |
| Walter Myers | Bonus agreement |
| Tod Sizemore | Bonus agreement |
| LRN Corporation | Corporate compliance services agreement |
| Diamond Onions Inc. | Customer rental agreement |
| Eurofresh, Inc. | Customer rental agreement |
| Frey Produce, LLC | Customer rental agreement |
| General Mills Operations LLC | Customer rental agreement, first amendment to customer rental agreement and second amendment to customer rental agreement |
| Aaron Thomas Co. | Customer rental agreement |
| Portland Bottling Co. | Customer rental agreement |
| Habelman Brothers Company | Customer rental agreement |
| Ocean Mist | Customer rental agreement |
| Quaker Maid Meats | Customer rental agreement |
| International Appraisal Company | Proposal to provide personal property tax services and attachment reflecting revised pricing |

## Schedule 2.1(c)

### List of Purchased Deposits

*As of April 30, 2013*

| Description | Amount |
|---|---|
| Escrow Assoc. | 1,500 |
| Windstream Communications | 150 |
| Canada GST | 5,000 |
| State of Nevada Sales Tax Deposit | 18,096 |
| Boggy Creek Deposit | 4,000 |
| International Appraisers - AP Account | 10,000 |
| VAR Resources (Medius) | 3,600 |
| BOA credit-card deposit | 171,594 |
| **TOTAL** | **213,940** |

MIAMI 980109 (2K)

## Schedule 2.2(l)

## List of Other Excluded Assets

*As of April 30, 2013*

**Retainers**

| Description | Amount |
|---|---|
| White & Case LLP | 202,287 |
| Fox Rothschild LLP | 25,000 |
| Winter Harbor LLC | 175,000 |
| AlixPartners, LLP | 15,000 |
| **TOTAL** | **417,287** |

**Note receivable and accrued interest**

| Description | Amount |
|---|---|
| Principal balance, Bobby L. Moore loan | 1,960,784 |
| Accrued interest, Bobby L. Moore loan | 880,747 |
| **TOTAL** | **2,841,531** |

**Litigation**

| Description |
|---|
| BOBBY L. MOORE vs. IGPS Company LLC, Pegasus Capital Advisors LLP, Pegasus Partners III (AIV), L.P., Pegasus Investors III, L.P., Pegasus Investors III GP, L.L.C., Pegasus IGPS, LLC, IGPS Co-Investment LLC, IGPS Employee Participation, L.P., IGPS Executive (GP) LLC, PP IV IGPS Holdings, LLC, Kelso, KIA VIII (IGPS), L.P., KIA VIII (IGPS) GP, L.P., KEP VI AIV (IGPS), LLC, Kelso GP VIII, LLC, Rich Weinberg, Craig Cogut, Frank Nickell, and Phil Berney, Index No. 651907/2011 |
| iGPS COMPANY vs. BOBBY L. MOORE, No. 652431/2011 |
| Neil Schultz v. iGPS Company LLC and Schoeller Arca Systems Inc., Case No. 10-cv-00071 in the United States District Court for the Northern District of Illinois |
| Potential Ernst & Young claim |

**Agreement**

That certain Letter Agreement Regarding Employee Claims, dated June 4, 2013, by and among the Agent, the Lenders, Buyer and Seller.

**D&O Claims**

Potential claims against officers and directors.

## Schedule 2.4(c)

### List of Assumed Payables

**FEMSA/PTM:** $640,000 purchase order for 16,000 pallets

**Fastenal Company:** $227,696.77, comprised of the following invoices:

| Transaction text | Invoice date | Amount |
|---|---|---|
| FASTENAL COMPANY - FL0R66875 | 4/5/2013 | 12,896.01 |
| FASTENAL COMPANY - FL0R66882 | 4/5/2013 | 9,991.94 |
| FASTENAL COMPANY - FL0R66881 | 4/5/2013 | 9,992.42 |
| FASTENAL COMPANY - FLOR66873 | 4/5/2013 | 12,522.92 |
| FASTENAL COMPANY - FL0R66874 | 4/5/2013 | 11,483.68 |
| FASTENAL COMPANY - FLOR66878 | 4/5/2013 | 10,057.51 |
| FASTENAL COMPANY - FLOR66877 | 4/5/2013 | 5,495.26 |
| FASTENAL COMPANY - FL0R66900 | 4/5/2013 | 9,611.50 |
| FASTENAL COMPANY - FLOR66880 | 4/5/2013 | 10,036.47 |
| FASTENAL COMPANY - FL0R66879 | 4/10/2013 | 10,837.67 |
| FASTENAL COMPANY - FLOR66876 | 4/10/2013 | 10,141.94 |
| FASTENAL COMPANY - FLOR67091 | 4/26/2013 | 2,646.91 |
| FASTENAL COMPANY - FLOR67137 | 5/3/2013 | 4,609.33 |
| FASTENAL COMPANY - FLOR67146 | 5/3/2013 | 11,117.45 |
| FASTENAL COMPANY - FLOR67142 | 5/3/2013 | 13,213.17 |
| FASTENAL COMPANY - FLOR67145 | 5/3/2013 | 7,717.82 |
| FASTENAL COMPANY - FLOR67141 | 5/3/2013 | 13,114.67 |
| FASTENAL COMPANY - FLOR67143 | 5/3/2013 | 8,178.06 |
| FASTENAL COMPANY - FLOR67139 | 5/9/2013 | 25,004.87 |
| FASTENAL COMPANY - FLOR67138 | 5/9/2013 | 29,027.17 |
| **TOTAL** | | **$227,696.77** |

**Pallet-audit service providers:** $~~137,836.76~~ 139,155.76, comprised of the following invoices:

| Transaction text | Invoice date | Amount |
|---|---|---|
| RGIS INVENTORY SPECIALIST - 01-720789 | 3/1/2013 | 2,420.82 |
| RGIS INVENTORY SPECIALIST - 01-726477 | 5/3/2013 | 14,286.65 |
| ADVANTAGE SALES & MARKETING - HD1049891 | 3/12/2013 | 22,560.00 |
| ADVANTAGE SALES & MARKETING - HD1030581 | 2/12/2013 | 18,640.00 |
| ADVANTAGE SALES & MARKETING - HD1072893 | 4/15/2013 | 28,960.00 |
| ADVANTAGE SALES & MARKETING - HD1094851 | 4/1/2013 | 29,360.00 |
| ADVANTAGE SALES & MARKETING - HD1143985 | 6/1/2013 | 1,320.00 |
| WIS INTERNATIONAL – 40664798 | 5/24/2013 | 1,608.29 |
| May 2013 invoices to be posted (estimate) | May 2013 | 20,000 |

| TOTAL | $~~137,836.76~~**139,155.76** |
|---|---|

## Schedule 2.4(c) – continued

## List of Assumed Payables

**Pallet recyclers (various):** $~~487,223.90~~487,424.30 (as of 7/~~2~~23/13)

**iDepots (various):** $~~779,856.03~~800,328.51 (as of 7/~~2~~23/13)

**Accrued vacation:** $122,000.00 (as of 7/~~2~~23/13)

## Schedule 6.10(b)

## List of Retained Contracts

| *Party* | *Description* |
|---|---|
| epcSolutions, Inc. | Software license agreement |
| epcSolutions, Inc. | Agreement granting right to sublicense to end-users |
| epcSolutions, Inc. | Software development and reservation of rights agreement |
| epcSolutions, Inc. | Software maintenance and support agreement |
| epcSolutions, Inc. | Term sheet to amend governing documents |
| epcSolutions, Inc. | First amendment to party agreements |
| TIBCO Software | Software license and services agreement |
| LogMeIn, Inc. | Purchase order for recurring monthly services |
| Concur Technologies, Inc. | Business services agreement |
| United of Omaha Life Insurance Company | Agreement to provide dental insurance to employees |
| United of Omaha Life Insurance Company | Agreement to provide life insurance to employees |
| United of Omaha Life Insurance Company | Agreement to provide long-term disability insurance to employees |
| United of Omaha Life Insurance Company | Agreement to provide short-term disability insurance to employees |
| United of Omaha Life Insurance Company | Agreement to provide life and AD&D insurance to employees |
| Blue Cross Blue Shield Of Florida | Master contract for employee medical insurance |
| ADP, Inc. | Major accounts agreement |
| ADP, Inc. | Major accounts COBRA/HIPAA, FSA, commuter benefits and service agreement |
| ADP, Inc. | HIPAA business associate amendment |
| ADP, Inc. | Client account agreement and authorization to debit/credit |
| ADP, Inc. | Client account agreement and authorization to debit |
| HIW-KC Orlando. LLC | Agreement of lease for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | First amendment to lease agreement for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | Second amendment to lease agreement for Debtor's use of nonresidential real property |

## Schedule 6.10(b) – continued

### List of Retained Contracts

| Party | Description |
|---|---|
| HIW-KC Orlando. LLC | Third amendment to lease agreement for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | Fourth amendment to lease agreement for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | Fifth amendment to lease agreement for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | Sixth amendment to lease agreement for Debtor's use of nonresidential real property |
| HIW-KC Orlando. LLC | Seventh amendment to lease agreement for Debtor's use of nonresidential real property |
| 1302 Melissa, LLC | Business lease for Debtor's use of nonresidential real property |
| Straubinger, Inc. | Warehouse lease for Debtor's use of nonresidential real property |
| Straubinger, Inc. | Lease modification agreement for Debtor's use of nonresidential real property |
| BurnsGroup | Agency services agreement to provide the Debtor ongoing advertising agency services |
| Grantek Systems Integration Corp. | Development services agreement |
| JYP Orlando, L.L.C. (d/b/a DataSite Orlando) | Colocation master services agreement |
| JYP Orlando, L.L.C. (d/b/a DataSite Orlando) | Addendum to colocation master services agreement |
| Plásticos Técnicos Mexicanos S.A. de C.V. | Pallet purchase agreement |
| Microsoft Licensing, GP | Software license agreement |
| Rex Lowe | Consulting agreement with the Debtor |
| Federal Insurance Company (Chubb) | Insurance Policy – Property Floater |
| Federal Insurance Company (Chubb) | Insurance Policy – Transit; Policy No. 0669-14-92 TPA |
| Indian Harbor Insurance Company (XL Group Insurance) | Insurance Policy – Excess Property Floater; Policy No. US00058004MA12B |
| Kinsale Insurance Company | Insurance Policy – California Earthquake |
| Absopure Water Company | Customer rental agreement |
| Ann's House of Nuts | Customer rental agreement |
| Wholesome Sweeteners, Inc. | Customer rental agreement |
| Wiko USA, Inc. | Customer rental agreement |
| Wilcox Farms, Inc. | Customer rental agreement |
| Winpak Portion Packaging Inc. | Customer rental agreement |
| Apio, Inc. | Customer rental agreement |

## Schedule 6.10(b) – continued

## List of Retained Contracts

| Party | Description |
|---|---|
| Basin Gold Cooperative | Customer rental agreement |
| Bell-Carter Packaging | Customer rental agreement |
| Bemis Company, Inc. | Customer rental agreement |
| Berry Plastics Corporation | Customer rental agreement |
| Bunzl Mid-Atlantic, LLC | Customer rental agreement |
| C&F Packing Company, Inc. | Customer rental agreement |
| Chobani Idaho, Inc. | Customer rental agreement |
| Coastal Inc. | Customer rental agreement |
| D'Arrigo Bros. Co. | Customer rental agreement |
| Dannon Company, Inc. | Customer rental agreement |
| Delca Corp. | Customer rental agreement |
| DePaul Industries | Customer rental agreement |
| The Dial Corporation | Customer rental agreement |
| Diamond Pet, Inc. | Customer rental agreement |
| Dole Food Company, Inc. | Customer rental agreement |
| Earthbound Farm | Customer rental agreement |
| eCMMS Services, Inc. | Customer rental agreement |
| Fabri-Kal | Customer rental agreement |
| Foremost Farms USA, Cooperative | Customer rental agreement |
| FUJUFILM Holdings America Corporation | Customer rental agreement |
| Garment Line, Inc. | Customer rental agreement |
| Gehl Foods, Inc. | Customer rental agreement |
| Mother Parkers Tea & Coffee | Customer rental agreement |
| Gerawan Farming, Inc. | Customer rental agreement |
| Golden Brands Inc. | Customer rental agreement |
| Graphic Packaging International, Inc. | Customer rental agreement |
| Harris Soup Company | Customer rental agreement |
| Harvest Manor Farms | Customer rental agreement |
| H.C. Schau & Son, Inc. | Customer rental agreement |
| Hearthside Food Solutions | Customer rental agreement |
| Highwood Cold Storage LLC | Customer rental agreement |
| Imperial Sugar Company | Customer rental agreement |
| Index Fresh, Inc. | Customer rental agreement |
| Insight Promotions LLC | Customer rental agreement |
| Iris USA, Inc. | Customer rental agreement |

## Schedule 6.10(b) – continued

## List of Retained Contracts

| Party | Description |
|---|---|
| J and J Produce | Customer rental agreement |
| Jelly Belly Candy Company | Customer rental agreement |
| Kettle Foods Inc. | Customer rental agreement |
| Kids II, Inc. | Customer rental agreement |
| Whirlpool Corporation (Kitchen Aid) | Customer rental agreement |
| Kraft Foods Global, Inc. | Pallet-management agreement |
| LaBella Sausage LLC | Customer rental agreement |
| Lamonica's Pizza Dough Co. | Customer rental agreement |
| Louis Dreyfus Citrus Inc. | Customer rental agreement |
| Mack Farms | Customer rental agreement |
| Malt-O-Meal Company | Customer rental agreement |
| Mariani Nut Company, Inc. | Customer rental agreement |
| MAS Melons & Grapes, LLC | Customer rental agreement |
| Menlo Logistics, Inc. | Customer rental agreement |
| Missa Bay, LLC | Customer rental agreement |
| MoArk, LLC | Customer rental agreement |
| Morris National | Customer rental agreement |
| National Raisin Company | Customer rental agreement |
| Hy-Tech Mushrooms Company | Customer rental agreement |
| Newly Weds Foods, Inc. | Customer rental agreement |
| Nice-Pak Products, Inc. | Customer rental agreement |
| Nichols Pistachio | Customer rental agreement |
| Nirvana, Inc. | Customer rental agreement |
| North American Pet Products | Customer rental agreement |
| Novartis Consumer Health, Inc. | Customer rental agreement |
| Nutiva, Inc. | Customer rental agreement |
| Nypro Kanaak Iowa | Customer rental agreement |
| Packaging Corporation of America | Customer rental agreement |
| American Fuji Seal | Customer rental agreement |
| Perdue Farms, Inc. | Customer rental agreement |
| Philadelphia Macaroni | Customer rental agreement |
| Placon Corporation | Customer rental agreement |
| Quality Packaging | Customer rental agreement |
| Rexam Healthcare USA | Customer rental agreement |
| RockTenn Converting Company | Customer rental agreement |
| Roskam Baking Company | Customer rental agreement |
| Russet Potato Exchange | Customer rental agreement |
| Annies, Inc. | Customer rental agreement |

## Schedule 6.10(b) – continued

## List of Retained Contracts

| Party | Description |
|---|---|
| Schwan's Logistics, LLC | Customer rental agreement and first amendment to customer rental agreement |
| S.C. Johnson & Son, Inc. | Customer rental agreement and first amendment to customer rental agreement |
| Shippers Warehouse | Customer rental agreement |
| Sport Dimension, Inc. | Customer rental agreement |
| Sun-Maid Growers of California | Customer rental agreement |
| Superior Dairy, Inc. | Customer rental agreement |
| Tech Packaging, Inc. | Customer rental agreement |
| Suzy's Cream Cheesecakes | Customer rental agreement |
| American Italian Pasta Co | Customer rental agreement |
| ATCO Aaron Thomas Co Inc | Customer rental agreement |
| Bengard Ranch | Customer rental agreement |
| Don Lee Farms | Customer rental agreement |
| Gibson Produce | Customer rental agreement |
| Haddon House Foods | Customer rental agreement |
| Mohawk Industries | Customer rental agreement |
| Performance Pet Products | Customer rental agreement |
| Physical Distrib Svcs Inc | Customer rental agreement |
| Premium Pet Health | Customer rental agreement |
| Qual Pac Professional Pkg | Customer rental agreement |
| Rand Diversified | Customer rental agreement |
| Ready Pac Produce | Customer rental agreement |
| Royal Madera | Customer rental agreement |
| Sams Club | Customer rental agreement |
| Silverbow Honey | Customer rental agreement |
| SunWest Milling Company I | Customer rental agreement |
| Taylor Farms | Customer rental agreement |
| Texas Farm Products | Customer rental agreement |
| TWI Foods | Customer rental agreement |
| Veg Fresh Farms | Customer rental agreement |
| Wells Dairy Inc | Customer rental agreement |
| Wigwam Mills Inc | Customer rental agreement |
| Great America Leasing Corporation | Office equipment lease |
| AT&T Corporation | Business Network Express bundle agreement |
| Medius Software, Inc. | Software and services agreement |
| VAR Resources, Inc. | Master lease agreement for Medius Group |
| Deltacom, Inc. (EarthLink Business) | Master services agreement |

## Schedule 6.10(b) – continued

## List of Retained Contracts

| Party | Description |
|---|---|
| AT&T Mobility National Accounts LLC | Corporate Digital Advantage agreement, first amendment to agreement and second amendment to agreement |
| OmniTel Communications | Application for service |
| Federal Express Corporation | Pricing agreement |

## Schedule 6.12

## List of Leased Real Property

1. Atlas Commerce Park Warehouse Lease, dated February 13, 2009, by and between Taft Holdings, Inc. and Straubinger, Inc., as Landlords, and iGPS Company LLC, as Tenant, in regard to the premises located at 11316 Boggy Creek Road, Unit 118, Orlando, Florida 32824; as amended by that certain Lease Modification Agreement, dated March 22, 2012; as amended by that certain Lease Modification Agreement, dated June 5, 2012.

2. Office Lease, dated August 4, 2006, by and between HIW-KC Orlando, LLC, as Landlord, and iGPS Company LLC, as the Tenant, in regard to the premises located at Landmark Center Two, 225 E. Robinson Street, Orlando, Florida 32801; as amended by that certain First Lease Amendment, dated August 1, 2007; as amended by that certain Second Lease Amendment to Lease, dated May 8, 2008; as amended by that certain Third Amendment to Lease, dated March 9, 2009; as amended by that certain Fourth Amendment to Lease, dated March 15, 2010; as amended by that certain Fifth Amendment to Lease, dated February 22, 2011; as amended by that certain Commencement Certificate, dated May 25, 2011; as amended by that certain Sixth Amendment to Lease, dated November 1, 2012; as amended by that certain Seventh Amendment to Lease, dated February 20, 2013.

3. Office Lease Agreement, effective as of February 6, 2007, by and between Hall 2600 Network Associates, Ltd., as Original Landlord, and iGPS Company LLC, as Tenant, in regard to the premises located at 2600 Network Boulevard, 3rd Floor, Frisco, Texas; as amended by that certain First Amendment to Office Lease Agreement, effective as of March 6, 2013, by and between Hall 2600 Network Associates, Ltd., as Original Landlord, Hall Stonebriar Three Associates, Ltd., as New Landlord, and iGPS Company LLC, as Tenant.

4. Sublease Agreement, dated as of November 30, 2012, by and between iGPS Company LLC, as Sublandlord, and Hexaware Technologies, Inc., as Subtenant, in regard to the premises located at Hall Office Park, Building B-1, Suite 402, 6801 Gaylord Parkway, Frisco, Texas.

5. Business Lease, dated June 3, 2010, by and between iGPS Company LLC, as Lessee, and 1302 Melissa, LLC, as Lessor, in regard to the premises located at 1302 Melissa Dr., Bentonville, Arkansas 72712.