UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PALLET COMPANY LLC (f/k/a iGPS Company LLC), | ) Case No. 13-11459 (KG) |
| | ) |
| | ) Jointly Administered |

### AFFIDAVIT OF MAILING

STATE OF TEXAS      )
                    )  ss:
COUNTY OF DALLAS    )

I, TIMOTHY F. SAMBRANO, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 1, 2013, I caused to be served the following:

    A. **Pleadings served on all parties on the attached Exhibits "A" and "C":**

    1. Order Granting Debtor's Second Omnibus Motion for Entry of an Order (I) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Certain Executory Contracts and (II) Establishing Cure Amounts (Docket Number 557)

    B. **Pleadings served on all parties on the attached Exhibit "B":**

    Monthly Report by Winter Harbor LLC of Compensation Earned and Expenses Incurred for the period of July 1, 2013 to July 31, 2013. (Docket Number 555)

by causing true and correct copies to be delivered by e-mail, facsimile transmission or first class pre-paid mail to those parties listed on the annexed Exhibits "A", "B" and "C".

Executed on __10/4__, 2013

_____
Timothy F. Sambrano

Sworn to and subscribed before me this __4th__ day of __October__, 2013.

(SEAL)

_____
Notary Public

Exhibit A

Service List A
October 1, 2013

| E-mail | First Class Mail | Fax | Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | E-Mail Address | Fax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | x | Ada County Treasurer | c/o Elizabeth A. Mahn | 200 W. Front Street, Rm. 3191 | | Boise | ID | 83702 | | | 949-797-9112 |
| | x | | Advantage Sales & Marketing | Tania King-General Counsel | 18100 Von Karman Avenue, Suite 1000 | | Irvine | CA | 92612 | | sunny.sidhu@akerman.com; samual.miller@akerman.com | |
| x | | | Akerman Senterfitt | Sunny S. Sidhu | | 420 S Orange Ave Ste 1200 | Orlando | FL | 32801-4904 | | | 405-841-6600 |
| x | | | Aignor & Bird LLP | Dennis J. Connolly | One Atlantic Center | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 | | dennis.connolly@alston.com | 405-253-8558 |
| | x | | Assistant Attorneys General | Kimberly A. Walsh, Arthur A. Simeon | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | | | |
| | x | | Balmoral Funds | Ragen Naumand | 11150 Santa Monica Blvd | Suite 825 | Los Angeles | CA | 90025 | | thsujumund@balmoralfunds.com | 310-479-1762 |
| | | x | Bank of America, NA | GPS Loan Administration | 100 Galleria Pkwy | Ste. 800 | Atlanta | GA | 30339 | | | |
| | | x | Bankruptcy Administration Attn Christine R. Etheridge | GE Information Technology Solutions, Inc. f/d/b/a IKON Financial Services | 1738 Bass Road | P.O. Box 13708 | Macon | GA | 31210-3708 | | | |
| x | | | Barton LLP | Deborah A. Kaperonis, Esq. | 420 Lexington Avenue, 18th Floor | | New York | NY | 17170 | | dkaperonis@bartonesq.com | 212-687-3667 |
| x | | | Belaron Enterprises | Larry White | 1126 Ponce de Leon Ave NE | | Atlanta | GA | 30306 | | larkle@belaron.net | 404-392-1128 |
| x | | | Bob Moore | | 9350 Bentley Park Cir | | Orlando | FL | 32819 | | bmoore@echodog.com | |
| x | | | Broward County | Hon Armistead Coffee Mellor N. Hunt | Records, Taxes and Treasury Division, Bankruptcy Section | 115 South Andrews Avenue A-100 | Fort Lauderdale | FL | 33301 | | jhhunt@broward.org | 954-357-7641 |
| x | | | Burkhalter Kessler, A Professional Corp | Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com | 415-227-0770 |
| x | | | Chadbourne & Parke LLP | Allsomeon Douglas E. Deutsch, Esq. & Eric Daucher, Esq. | 30 Rockefeller Plaza | | New York | NY | 30112 | | eddeutsch@chadbourne.com; edaucher@chadbourne.com | 212-408-5100 |
| | | x | Chatham County Tax Commissioner | Alton Theresa C. Harralson | P.O. BOX 8324 | | Savannah | GA | 31412-8324 | | | 912-652-7101 |
| x | | | City of Memphis | Elijah Noel, Delinquent Tax Attorney | PO Box 2751 | | Memphis | TN | 38101-2751 | | enoel@harrisshelton.com | |
| x | | | City of Norfolk, Deputy City Attorney | Charles Stanley Prentiss, ESQ | 810 Union Street | 900 City Hall Bldg | Norfolk | VA | 23510 | | charles.prentiss@norfolk.gov | |
| x | | | Cohen Seglias Pallas Greenhall & Furman, PC | Scott Thomas Earle, ESQ | 1001 North Orange Street | | Wilmington | DE | 19801 | | searle@cohenseglias.com | 302-691-1452 |
| x | | | Cole Schotz Meisel Forman & Leonard, P.A. | Kate Stickles | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | kstickles@coleschotz.com | 302-652-3117 |
| x | | | County of Loudoun, Virginia | Robyn Escobar | Asst. County Attorney | One Harrison St. SE 5th Fl | Leesburg | VA | 20175-3102 | | belkin.escobar@loudoun.gov | 703-771-5025 |
| x | | | Cozen O'Connor | John T Carroll III | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | jcarroll@cozen.com | 302-295-2013 |
| | | x | Cross & Simon, LLC | Christopher P. Simon | 913 North Market Street, 11th Floor | | Wilmington | DE | 19801 | | csimon@crosslaw.com; kmann@crosslaw.com | 302-777-4224 |
| x | | | Crystal Financial | Karen GPS | Two International Place | 17th Floor | Boston | MA | 02110 | | kjarm@crystalfinco.com | |
| | x | | Dean & Fullerton, P.C. | Kevin N. Summers, JP | 901 W. Big Beaver, Ste. 500 | | Troy | MI | 48084 | | | |
| x | | | Delaware Department of Justice | Attn: Bankruptcy Dept | 820 French Street, 6th Floor | | Wilmington | DE | 19801 | | | 302-577-3632 |
| x | | | Delaware Secretary of State | Attn: Division of Corporations Franchise Tax | 401 Federal Street, P.O. Box 898 | | Dover | DE | 19903 | | | |
| | | x | Delaware State Treasury | Attn: Secretary of Treasury | 820 Silver Lake Blvd, Suite 100 | | Dover | DE | 19904 | | | 302-739-5635 |
| x | | | DLA Piper LLP | R. Craig Marion, Michelle E Marino | 919 N Market Street | 15th Floor | Wilmington | DE | 19801-3046 | | craig.martino@dlapiper.com; michelle.marino@dlapiper.com | 302-394-2341 |
| x | | | Fafinski Mark & Johnson, P.A. | Ronnie A. Lahn, Esq | 375 Prairie Center Drive, Suite 400 | | Eden Prairie | MN | 55344 | | ronnie.lahn@fmjlaw.com | 952-995-9577 |
| x | | | Foster Pepper PLLC | c/o Terrance Keenan | Costco Wholesale Corp | 1111 Third Ave, Suite 3400 | Seattle | WA | 98101-3299 | | tkeen@foster.com | |
| x | | | Fox Rothschild LLP | Jeffrey M. Schlerf and L. John Bird | Citizens Bank Center, 919 N. Market Street, Suite 1600 | | Wilmington | DE | 19801 | | jschlerf@foxrothschild.com | 302-656-8920 |
| x | | | Hanover County Assessor | Attn: Department of Finance | P.O. Box 90775 | | Hanover | VA | 23273-0775 | | laughmann@hanover.gov | 804-501-4140 |
| | | x | GPS | | Confidential - Available Upon Request | | Philadelphia | PA | 19101-7346 | | | 855-235-6727 |
| x | | | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Ballmore | MD | 21260 | | | |
| x | | | Internal Revenue Service | Attn: Insolvency Section/Special Procedure | 31 Hopkins Road, Room 1150 | | Philadelphia | PA | 19104 | | | |
| | | x | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | | | | | | |
| | | x | Jeff Lieberman | | Confidential - Available Upon Request | | | | | | | |
| x | | | Justin A. Cruz LLC | Justin A Cruz | 1126 Ponce de Leon Ave NE | | Atlanta | GA | 30306 | | jcruz@law-in-atlanta.com | 404-892-1128 |
| x | | | Kent County Treasurer & Tax Collector Office | Bankruptcy Division c/o Salma Thomas | PO Box 579 | | Bakersfield | CA | 93302-0579 | | bankruptcy@cklawca.us | |
| x | | | Kilpatrick & Associates, P.C. | E. Kaufman/R J. Kilpatrick | 903 N. Opdyke, P.C. | | Auburn Hills | MI | 48326 | | kilpatrick@kaalaw.com; lkaufmann@kaalaw.com | 248-377-0800 |
| x | | | King County Prosecuting Attorney's Office | Margaret A. Dahl | W400 King County Courthouse | 516 3rd Avenue | Seattle | WA | 98104 | | peggy.dahl@kingcounty.gov | 206-296-0191 |
| | | x | Knight Transportation Services Inc. | Frank Walker, Director of Credit | 5601 W. Buckeye Road | | Phoenix | AZ | 85043 | | | |
| x | | | Law Offices of Robert E. Luna, P.C. | Andrea Sheehan | Landfill Farmers Branch ISD and Lewisville ISD | 4411 N. Central Expressway | Dallas | TX | 75205 | | sheehan@txschoollaw.com | 214-521-1738 |

Service List A
October 1, 2013

| E-mail | Fax | Fant Class Mail | Name | Contact | Address 1 | Address 2 | City | State | Zip | Country | E-Mail Address | Fax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | | | Linebarger Goggan Blair & Sampson, LLP | David G. Aelvoet | 711 Navarro, Suite 300 | | San Antonio | TX | 78205 | | sanantonio.bankruptcy@publicans.com | 210-225-6410 |
| | x | | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | | 512-443-5114 |
| x | | | Linebarger Goggan Blair & Sampson, LLP | John D. Bowan | PO Box 1064 | | Houston | TX | 77253-1064 | | houston_bankruptcy@lgbs.com | 713-844-3503 |
| x | | | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street, Ste 1600 | | Dallas | TX | 75201 | | dallas.bankruptcy@publicans.com | 469-221-5002 |
| x | | | Maricopa County Attorney's Office | Civil Services Division | 222 N Central Ave, Ste 1100 | | Phoenix | AZ | 85004-2206 | | news02@mcao.maricopa.gov | |
| | | x | McCreary, Veselka, Bragg & Allen, P.C. | Lee Gordon | PO Box 1269 | | Round Rock | TX | 78680 | | | 512-323-3205 |
| x | | | McKenna Long & Aldridge LLP | G.W. Marsh, H.F. Sewell, A.E.Franklin | 303 Peachtree Street | Suite 5300 | Atlanta | GA | 30308 | | hsewell@mckennalong.com; afranklin@mckennalong.com | 404-527-4198 |
| x | | | Miami-Dade County Attorney's Office | Assistant County Attorney: Ileana Cruz | 111 N.W. 1st Street Ste 2810 | | Miami | FL | 33128-1993 | | ileanac@miamidade.gov | 305-375-5611 |
| x | | | Miami-Dade County Bankruptcy Unit | Paralegal Collection Specialist | Ace II Bsmt | 140 W. Flagler St, #1403 | Miami | FL | 33130 | | aburch@miamidade.gov | 305-275-1147 |
| x | | | Missouri Department of Revenue | Bankruptcy Unit | Attn: Steven A. Ginther | PO Box 475 | Jefferson City | MO | 65105-0475 | | sdnecf@dor.mo.gov | |
| x | | | Morris James LLP | Stephen M. Miller | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19899-2306 | | smiller@morrisjames.com | 302-571-1750 |
| | | x | MWM Group Inc. | | One Meadowlands Plaza | | East Rutherford | NJ | 07073 | | | 201-883-5062 |
| x | | | Office of the County Attorney | Attention: Steven Parreta | PO Box 90775 | | Henrico | VA | 23273-0775 | | bankruptcy@co.henrico.va.us | 804-501-4140 |
| | x | | Office of the Delaware Attorney General | Joseph R. Biden III | Carvel State Office Bldg, 820 N. French Street | | Wilmington | DE | 19801 | 302-577-6499 | | 760-352-7883 |
| x | | | Office of the Tax Collector | Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | | |
| x | | | Office of the U.S. Trustee - Delaware | David Buchbinder | J. Caleb Boggs Federal Bldg, 844 N. King St. Room 2207 Lockbox 35 | | Wilmington | DE | 19899-0035 | | david.l.buchbinder@usdoj.gov | 302-573-6497 |
| | | x | Oklahoma County Treasurer | Gretchen Crawford | Asst. District Attorney | 320 Robert S. Kerr, Room 505 | Oklahoma City | OK | 73102 | | | |
| | | x | One Equity | | 120 Park Ave, 18th Floor | | New York | NY | 10017 | | | |
| | | x | One equity Partners Europe Gmbh | Mabilua V. Peser | Taunusanlage 21 | am Main | Frankfurt | | 60325 | Germany | | |
| x | | | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | John T. Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | | jbanks@pbfcm.com | 512-302-1802 |
| x | | | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Yolanda M Humphrey, Owen M. Sonik | 1235 North Loop West, Suite 600 | | Houston | TX | 77008 | | yhumphrey@pbfcm.com; osonik@pbfcm.com | 713-862-1429 |
| x | | | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Elizabeth Banda Calvo | Johnson County et al | PO Box 13430 | Arlington | TX | 76094-0430 | | ebcalvo@pbfcm.com | 817-860-6509 |
| x | | | Pepper, Hamilton & Wimberger, LLC | Counsel to City of Jacksonville & the Duval Tax Collector | Donna L. Harris (DE Bar No. 3740) | 1220 N. Market Street 9th Floor | Wilmington | DE | 19801 | | dharris@ohwlaw.com | 302-442-7046 |
| x | | | Rasmussen & Mitchell | James S. Mitchell | 3205 South 107th Avenue | Suite 101 | Omaha | NE | 68124 | | jsamdan2007@aol.com | 402-496-0766 |
| | x | | Records, Taxes and Treasury Division | Bankruptcy Section | 115 S Andrews Avenue A-100 | | Fort Lauderdale | FL | 33301 | | | |
| | x | | Robert Liebermann | | Confidential - Available Upon Request | | | | | | | |
| | x | | Romero Law Firm | Martha E. Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | romero@romerolawfirm.com | |
| | x | | San Diego County Treasurer-Tax Collector | Attention: Bankruptcy Desk | 1600 Pacific Highway, Room 162 | | San Diego | CA | 92101 | | | 619-685-2589 |
| | x | | Saul Ewing LLP | Teresa K.D. Currier | 222 Delaware Ave, Suite 1200 | P.O. Box 1266 | Wilmington | DE | 19899 | | tcurrier@saul.com | 302-421-5996 |
| x | | | Securities and Exchange Commission | George S. Canellos, Regional Director | 3 World Financial Center, Suite 400 | | New York | NY | 10281-1022 | | | 212-336-1320 |
| x | | | Securities and Exchange Commission | Daniel M. Hawke, Regional Director | 701 Market Street | | Philadelphia | PA | 19106-1532 | | | 215-597-1194 |
| | | x | Securities and Exchange Commission Headquarters | Attn: Secretary of the Treasury | 100 F St. NE | | Washington | DC | 20549 | | | 202-772-9317 |
| x | | | State of Michigan, Department of Treasury | Bill Schuette & Heather Donald | 3030 W. Grand Blvd | | Detroit | MI | 48202 | | donaldh@michigan.gov | |
| x | | | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | 901 N. Market St, Suite 1300 | | Wilmington | DE | 19801 | | whazeltine@sha-llc.com | 302-428-8195 |
| | x | | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | | | |
| x | | | Travis County Attorney | David Escamilla, Kay D. Brock | P.O. Box 1748 | | Austin | TX | 78767 | | kay.brock@co.travis.tx.us | 512-854-4808 |
| | x | | US Attorneys for Delaware | Ellen Slights, Esq. | 1007 Orange Street, Suite 700, P.O. Box 2046 | | Wilmington | DE | 19899-2046 | | | 302-573-6431 |
| x | | | REEDER PRICE | Robert S. Simon | 222 North LaSalle Street | Suite 340 | Chicago | IL | 60601 | | rsimon@reedersmith.com | 312-629-5205 |
| x | | | Washington County, Oregon | Brad Anderson | | | Hillsboro | OR | 97124 | | Brad_anderson@co.washington.or.us | |
| x | | | Werner Enterprises, Inc | Richard S Reiser | PO Box 45308 | | Omaha | NE | 68145-0308 | | reiser@werner.com | 402-894-3716 |
| x | | | Witson & Case LLP | John K. Cunningham and Richard S. Kebrdle | Southeast Financial Center, 200 S. Biscayne Blvd, Suite #900 | | Miami | FL | 33131 | | jcunningham@whitecase.com | 305-358-5744 |
| x | | | Womble Carlyle Sandridge & Rice LLP | Steven K. Kortanek Esq. | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 | | Skortanek@wcsr.com | |

# Exhibit B

Service List B
October 1, 2013

| First Class Mail | Name | Contact | Address 1 | Address 2 | City | State | Zip | Email Address |
|---|---|---|---|---|---|---|---|---|
| x | The Office of the United States Trustee for the District of Delaware | David Buchbinder, Esq. | 844 King Street, Suite 2207 | | Wilmington | DE | 19801 | david.l.buchbinder@usdoj.gov |
| x | McKenna Long & Aldridge LLP | Gary W. Marsh, Esq.; Henry F. Sewell, Jr., Esq.; Alison Elko Franklin, Esq. | 303 Peachtree Street, Suite 5300 | | Atlanta | GA | 30308 | gmarsh@mckennalong.com; hsewell@mckennalong.com; afranklin@mckennalong.com |
| x | Cole, Schotz, Meisel, Forman & Leonard, P.A. | J. Kate Stickles, Esq. | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | kstickles@coleschotz.com |

# Exhibit C

Service List C
October 1, 2013

| First-Class Mail | Name | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| x | CONCUR TECHNOLOGIES, INC | | 62157 COLLECTIONS CENTER DRIVE | Chicago | IL | 60693 |
| x | IYP Orlando, L.L.C. (d/b/a DataSite Orlando) | ATTN: Jeffrey W. Burges, President | c/o BURGES property + co., 2658 Del Mar Heights Road #558 | Del Mar | CA | 92014 |
| x | MEDIUS SOFTWARE INC | | 155 E 55TH STREET, UNIT 6A | New York | NY | 10022 |
| x | VAR RESOURCES, INC | | PO BOX 790448 | St. Louis | MO | 63179 |